MARK T. SCHOENHOFER, S.C. #15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>JUSTIN LANE,   )<br>   Defendant.   )<br>_____ ) | Case No. 26-CR-10039-EFM |

### ENTRY OF APPEARANCE

**COMES NOW** Attorney Mark T. Schoenhofer and enters his appearance on behalf of the defendant Justin Lane in the above captioned criminal case.

Respectfully submitted,

/S Mark T. Schoenhofer, Attorney
Mark T. Schoenhofer, #15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing entry of appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/S Mark T. Schoenhofer, Attorney
Mark T. Schoenhofer, #15781