**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 6:26-cr-10039-EFM-1 |
| JUSTIN LANE | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JUSTIN LANE                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE.

See attached Indictment for additional charges.

Date:   2/25/2026                                                                      s/ M. McGivern
                                                                                      *Issuing officer's signature*

City and state:    Wichita, Kansas                                       Skyler B. O'Hara, Clerk of Court
                                                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* 02/25/26, and the person was arrested on *(date)* 02/26/26
at *(city and state)* WICHITA, KS.

Date: 02/26/26

_____
*Arresting officer's signature*

ATF #6828
JORDAN PFENNINGER - SPECIAL AGENT
*Printed name and title*