Case 6:26-cr-10039-EFM   Document 6   Filed 02/27/26   Page 1 of 1

FILED
U.S. District Court
District of Kansas

2/27/2026

Clerk, U.S. District Court
By____mv____Deputy Clerk

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 2/27/26

United States of America,

    Plaintiff,

v.

Justin Lane,

    Defendant.

Case No. 26-10039-01-EFM

JUDGE: ☐ Birzer  ☒ Severson
DEPUTY CLERK: ☐ Anderson  ☒ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Ola Odeyemi
DEFENSE COUNSEL: Mark Schoenhofer
TAPE NO.: 1:29 - 1:36

## PROCEEDINGS

☒ Initial Appearance    ☐ Detention Hearing    ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)    ☐ Preliminary Hearing    ☐ Pretrial Conference
☐ Sentencing    ☐ Change of Plea
☐ In-Court Hearing: _____
☒ Arraignment (2 min)    ☒ Reading waived    ☐ Read to Defendant    ☒ Not Guilty Plea Entered

☐ Complaint   ☒ Indictment   ☐ Information   ☐ Pet. Revoke Supervision   ☒ No. Counts: 24   ☐ Forfeiture
☒ Felony    ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☐ Defendant affirmation/sworn    ☐ Examined re: financial status    ☐ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind    ☐ Signed Consent to MJ    ☐ Petition to Plea filed    ☐ Plea Agmt filed    ☐ PSI ordered

☒ Oral Motion by ☒ Government / ☐ Defendant for detention hearing; ☒ granted. ☐ denied.
☒ Oral Motion by ☐ Government / ☒ Defendant for continuance of detention hearing; ☒ granted. ☐ denied.
☒ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered    ☐ Bond fixed at: $ _____    ☐ Continued on present bond/conditions
☒ Detention ordered    ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
    ☐ per the Scheduling Order of Judge _____
    ☒ on 3/4/26 at 1:30 ☐ a.m. ☒ p.m. before Judge Severson (406)
    for ☒ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: