FILED
U.S. District Court
District of Kansas
2/27/2026
Clerk, U.S. District Court
By____mv____ Deputy Clerk

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  26-10039-01-EFM |
| Justin Lane ) | |
| ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>401 N. Market<br>Wichita, Kansas 67202 | Courtroom No.: 406 |
|---|---|
| | Date and Time: 3/4/26 1:30 pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 02/27/2026

*Judge's signature*

Brooks G. Severson, United States Magistrate Judge
*Printed name and title*