**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

FILED
U.S. District Court
District of Kansas

3/4/2026

Clerk, U.S. District Court
By __mv__ Deputy Clerk

Date: __3/4/26__

United States of America,

   Plaintiff,

v.

__Justin Lane__,

   Defendant.

Case No. __26-10039-01-EFM__

JUDGE: ☐ Birzer  ☒ Severson
DEPUTY CLERK: ☐ Anderson  ☒ Vaughn
INTERPRETER: ☐ Vargas  ☐ Badillo  ☐ Wriedt
      ☐ Ping  ☐ Rivera  ☐ Vilaythong
      ☐ Sworn

AUSA: __Deb Barnett__
DEFENSE COUNSEL: __Mark Schoenhofer__
TAPE NO.: __2:02 - 3:10__

**PROCEEDINGS**

☐ Initial Appearance  ☒ Detention Hearing  ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)  ☐ Preliminary Hearing  ☐ Pretrial Conference
☐ Sentencing  ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment  ☐ Reading waived  ☐ Read to Defendant  ☐ Not Guilty Plea Entered

☐ Complaint  ☒ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: __24__  ☒ Forfeiture
☒ Felony  ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn  ☐ Examined re: financial status  ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered  ☐ Bond fixed at: $ _____  ☐ Continued on present bond/conditions
☒ Detention ordered  ☒ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
         ☐ per the Scheduling Order of Judge _____
         ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
         for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____