**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>**JUSTIN LANE** )<br>*Defendant* ) | Case No. 6:26-cr-10039-EFM-1 |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUSTIN LANE                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE.

See attached Indictment for additional charges.


Date: 2/25/2026

s/ M. McGivern
*Issuing officer's signature*

City and state:   Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/25/26 , and the person was arrested on *(date)* 02/26/26
at *(city and state)* WICHITA, KS .

Date: 02/26/26

*Arresting officer's signature*

Jordan PFENNINGER - SPECIAL AGENT
ATF #6828
*Printed name and title*