MARK T. SCHOENHOFER, S.C. #15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR-10039-EFM |
| | ) | |
| JUSTIN LANE, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR CONTINUANCE

**COMES NOW,** the defendant Justin Lane, by and through his attorney Mark T. Schoenhofer, and moves this Court to continue the motions deadline, status conference and jury trial. In support of his motion, the defendant offers:

1. On February 24, 2026, Mr. Lane was charged by way of indictment with the following offenses: Conspiracy to Distribute a Controlled Substance (count 1); Using or Maintaining Drug Premises (counts 2, 3, 5, 6, 8 and 9); Possession of a Firearm in Furtherance of a Drug Trafficking Crime (counts 10 - 15); Prohibited person in possession of a firearm (count 16); Possession of an unregistered firearm (counts 17 – 24). (ECF Doc. 1.)

2. On February 27, 2026, Mr. Lane was arraigned. (ECF Doc. 6.)

3. On March 11, 2026, the Court entered its Pretrial and Criminal Case Management Order. The Court set a deadline of April 20, 2026 for filing Rule 12(b)(3) motions. The Court also scheduled a status conference for April 22, 2026, and jury trial for May 6, 2026. (ECF Doc. 23.)

1

4. This is the first request for a continuance.

5. The government has produced more than 7,000 pages of documents, photos, and videos. Discovery is on-going. The defense is in need of additional information not yet produced by the government, such as the Sedgwick County Regional Forensic Science Center test records. To date, the type of test procedure used by the lab to determine THC levels has not been revealed. These lab records are critical to an understanding of the accuracy and reliability of the results relied on by the government.

6. This case presents new and perhaps untested issues in this District. Hemp and marijuana come from different varieties of the same species of plant, *Cannabis sativa*. "While marijuana generally refers to the cultivated plant used as a psychotropic drug . . ., hemp is cultivated for use in the production of a wide range of products." Congressional Research Service, Defining *Hemp*: A Fact Sheet (2019) at 1, https://www.congress.gov/crs-product/R44742; [https://perma.cc/79BVX-HBD]. Compared to marijuana, hemp contains only small amounts of tetrahydrocannabinol (THC)—the chemical compound in cannabis responsible for producing psychoactive effects in humans. *See* Encyclopedia Britannica, *hemp* (2025), https://www.britannica.com/plant/hemp; [https://perma.cc/GG2K-33JG].

7. Federal law defines *hemp* as "<u>the plant Cannabis sativa L. and any part of that plant, including the seeds thereof and all derivatives, extracts, cannabinoids, isomers, acids, salts, and salts of isomers, whether growing or not, with a delta-9 [THC] concentration of not more than **0.3 percent on a dry weight basis**</u>." (Emphasis added.) 7 U.S.C. § 1639*o*(1).

8. Mr. Lane opened 6 dispensaries in Sedgwick County Kansas, under the business name of High Hopes ICT. Lane endeavored to operate successfully and within the parameters of the law. Lane obtained a license to operate each dispensary. He incorporated each location, and he

registered each location with the Kansas Secretary of State.  Each location is active and in good standing with the Secretary of State.  Lane developed a successful business plan, he built a website, he hired dozens of employees, and he is current on all taxes.  Most importantly, he studied and understands federal and state law regarding the sale of Hemp.

9.  Mr. Lane purchased hemp from suppliers about whom he researched, and the product he received came with certificates of analyses which reflected a total THC level of less than .30 for each item purchased.  This is why lab records and the method of testing used by the lab are absolutely critical.  Moreover, the defense expert needs these records to develop and report his opinions.

10.  The government and counsel for Mr. Lane have discussed the possible need of designating this case complex.  Further discussions are needed.  In any event, the United States government does not object to a continuance.

11.  The government and Mr. Lane will not be prejudiced by a continuance of these deadlines.  Counsel for Mr. Lane has not yet heard from counsel for Sauntsye Love.  An Email was been to Attorney Penner on April 19, 2026 (a Sunday). Once Ms. Penner replies, counsel for Mr. Lane will advise the Court in an Email of Ms. Penner's position on this motion.

12.  The defendant submits that because there is a specifically stated factor applicable to this case enumerated in the Speedy Trial Act, to wit: 18 U.S.C. § 3161(h)(7)(B)(iv), such that a continuance outweighs the best interest of the public and the defendant in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).  Although delay resulting from a continuance granted by the district Court is not automatically excluded from the Speedy Trial Act's 70-day time limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provides "[m]uch of the Act's flexibility," (see Zedner v. United States, 547 U.S. 489, 498 (2006), and gives District Courts "discretion . . . to

3

accommodate limited delays for case-specific needs," *Id*., at 499. Defense counsel submits the instant case presents the case-specific needs by the defendant to permit the continuance in this case, and that such continuance may be excluded if the District Court makes the findings required by the statute.

**WHEREFORE**, defendant prays that this Court grants his motion for a continuance of the motions deadline, the status conference, and the jury trial. The Defense prays for a continuance of the jury trial for no less than sixty (60) days.

Respectfully submitted,

/S Mark T. Schoenhofer, Attorney
Mark T. Schoenhofer, #15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing entry of appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/S Mark T. Schoenhofer, Attorney
Mark T. Schoenhofer, #15781