# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-10039-01,02-EFM |
| | ) | |
| JUSTIN LANE, | ) | |
| and SAUNTSYE D. LOVE, | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

**NOW** on this 6th day of May, 2026, the above matter comes before the Court, upon the motion of the defendant for an order continuing the motions deadline, status conference and jury trial.

After considering the motion and being duly advised in the premises, the Court finds good cause to grant the motion. The Court finds that neither the government nor counsel for defendant Love object to this continuance. The Court further finds that the period of delay resulting from the continuance granted pursuant to this Order *shall be excludable* time as provided for in 18 U.S.C. § 3161(h)(7), in that, the ends of justice served by granting such continuance outweigh the case best interest of the public and the defendant in a speedy trial.

**IT IS THE ORDER OF THIS COURT** that Defendant Lane's motion (ECF Doc. 27.) is and shall be granted.

**IT IS FURTHER ORDERED** that the deadline for filing Rule 12(b)(3) motions is July 13, 2026. Status Conference is scheduled for September 1, 2026, at 9:15 a.m., U.S. Courthouse, Wichita, Kansas, Room 414. Jury Trial is scheduled for September 15, 2026, at 9:00 a.m. in Wichita Court Room 408.

**IT IS FURTHER ORDERED** that the time between June 9, 2026 and September 15, 2026 is attributable to the defendants and shall be excluded from the speedy trial calculation.

**IT IS SO ORDERED.**

Eric F. Melgren, United States District Judge