# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 26-cr-10039-01-AJP**

**JUSTIN LANE,**

**Defendant.**

# INFORMATION

**THE UNITED STATES ATTORNEY ALLEGES:**

**Count 1**

**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
**(18 U.S.C. § 922(g))**

On or about November 13, 2025, in the District of Kansas, the defendant,

**JUSTIN LANE,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, in and affecting interstate commerce, that is,

A. a HS Produkt, XDM, 9mm pistol, S/N: MG901430;

B. a Glock, Model 30, GEN4, .45 caliber pistol, S/N: BUSW572;
C. a Glock, Model 19, 9mm pistol, S/N: BXGR001;
D. a KELTEC, CNC Industries, Inc., PMR-30, .22 caliber pistol, S/N: W4603;
E. a Kimber, Stainless Ultra Carry, .45 caliber pistol, S/N: KU35309;
F. a Glock, Model 29, 10mm pistol, S/N: BTDT208;
G. a HS Produkt, XDM, 9mm pistol, S/N: M6360657;
H. a FNH, FN 15, multi-caliber rifle, S/N: FNG001845;
I. a Beretta, Model 21A, .22 caliber pistol, S/N: DAA015061;
J. a Glock, Model 19, GEN5, 9mm pistol, S/N: BWSR695;
K. a HS Produkt, Hellcat, 9mm pistol, S/N: BE394095;
L. a Glock, Model 30, .45 caliber pistol, S/N: NMN563;
M. a Glock, Model 17, 9mm pistol, S/N: VDS049;
N. a Springfield Armory, Saint Edge, 5.56 caliber rifle, S/N: SE93710;
O. a RIA, VRF14, 12 gauge shotgun, S/N: 20-03838;
P. a Glock, Model 23, .40 caliber pistol, S/N: LKH068;
Q. a Chinese SKS, 7.62 caliber rifle, S/N: D2994;
R. an Unknown, .22 caliber rifle, S/N: AP226798;
S. an Unknown, 620 Huntmaster, 12 gauge shotgun, S/N: None;
T. an Unknown, Mac 5K, 9mm pistol, S/N: TG161-25AE04082;
U. a Palmetto State Armory, PA-15, multi-caliber pistol, S/N: SCB961947;
V. an Izhmash, Saiga, 7.62 caliber rifle, S/N: H09606221;
W. an I.O. Inc., AK47-C, 7.62 caliber rifle, S/N: 7068;
X. an Unknown, 7.62 caliber rifle, S/N: RON2316841;
Y. a DPMS INC., LR-308, .308 caliber rifle, S/N: 137985;
Z. a Springfield Armory, Saint, multi-caliber pistol, S/N: T230618;
AA. a Mossberg, Revelation, 12 gauge shotgun, S/N: H324929;
BB. a North America Arms, NAA22, .22 caliber revolver, S/N: SW0111; and
CC. 6 Silencers from Unknown manufacturers.

In violation of Title 18, United States Code, Section 922(g)(1).

## <u>Count 2</u>

**INTERSTATE USE OF ANY FACILITY IN INTERSTATE COMMERCE TO AID IN A RACKETERRING ENTERPRISE (18 U.S.C. § 1952(a)(3))**

Beginning on or about a date unknown, and continuing through November 13, 2025, in the District of Kansas and elsewhere, the defendant,

**JUSTIN LANE,**

used facilities in interstate commerce, that is, United States Postal Service or other interstate commercial carriers, with the intent to promote, manage, establish, carry on or facilitate the carrying on of an unlawful activity, that is, Defendant LANE owned and operated High Hopes ICT, a business enterprise involved in the distribution of narcotics or controlled substances in violation of state and federal laws (Kansas Statutes Annotated 2-3901, 2-3908, 65-4105, and Title 21, United States Code, Section 841), and thereafter performed or attempted to perform an act to promote, manage, establish or carry on, or to facilitate unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

**FORFEITURE NOTICE**

1. The allegations contained in Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Information, the defendant, **JUSTIN LANE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

A. a HS Produkt, XDM, 9mm pistol, S/N: MG901430;

B. a Glock, Model 30, GEN4, .45 caliber pistol, S/N: BUSW572;
C. a Glock, Model 19, 9mm pistol, S/N: BXGR001;
D. a KELTEC, CNC Industries, Inc., PMR-30, .22 caliber pistol, S/N: W4603;
E. a Kimber, Stainless Ultra Carry, .45 caliber pistol, S/N: KU35309;
F. a Glock, Model 29, 10mm pistol, S/N: BTDT208;
G. a HS Produkt, XDM, 9mm pistol, S/N: M6360657;
H. a FNH, FN 15, multi-caliber rifle, S/N: FNG001845;
I. a Beretta, Model 21A, .22 caliber pistol, S/N: DAA015061;
J. a Glock, Model 19, GEN5, 9mm pistol, S/N: BWSR695;
K. a HS Produkt, Hellcat, 9mm pistol, S/N: BE394095;
L. a Glock, Model 30, .45 caliber pistol, S/N: NMN563;
M. a Glock, Model 17, 9mm pistol, S/N: VDS049;
N. a Springfield Armory, Saint Edge, 5.56 caliber rifle, S/N: SE93710;
O. a RIA, VRF14, 12 gauge shotgun, S/N: 20-03838;
P. a Glock, Model 23, .40 caliber pistol, S/N: LKH068;
Q. a Chinese SKS, 7.62 caliber rifle, S/N: D2994;
R. an Unknown, .22 caliber rifle, S/N: AP226798;
S. an Unknown, 620 Huntmaster, 12 gauge shotgun, S/N: None;
T. an Unknown, Mac 5K, 9mm pistol, S/N: TG161-25AE04082;
U. a Palmetto State Armory, PA-15, multi-caliber pistol, S/N: SCB961947;
V. an Izhmash, Saiga, 7.62 caliber rifle, S/N: H09606221;
W. an I.O. Inc., AK47-C, 7.62 caliber rifle, S/N: 7068;
X. an Unknown, 7.62 caliber rifle, S/N: RON2316841;
Y. a DPMS INC., LR-308, .308 caliber rifle, S/N: 137985;
Z. a Springfield Armory, Saint, multi-caliber pistol, S/N: T230618;
AA. a Mossberg, Revelation, 12 gauge shotgun, S/N: H324929;
BB. a North America Arms, NAA22, .22 caliber revolver, S/N: SW0111;
CC. 6 Silencers from Unknown manufacturers; and,
DD. Ammunition.

3. Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Information, the defendant, **JUSTIN LANE**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any

property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

A. a HS Produkt, XDM, 9mm pistol, S/N: MG901430;
B. a Glock, Model 30, GEN4, .45 caliber pistol, S/N: BUSW572;
C. a Glock, Model 19, 9mm pistol, S/N: BXGR001;
D. a KELTEC, CNC Industries, Inc., PMR-30, .22 caliber pistol, S/N: W4603;
E. a Kimber, Stainless Ultra Carry, .45 caliber pistol, S/N: KU35309;
F. a Glock, Model 29, 10mm pistol, S/N: BTDT208;
G. a HS Produkt, XDM, 9mm pistol, S/N: M6360657;
H. a FNH, FN 15, multi-caliber rifle, S/N: FNG001845;
I. a Beretta, Model 21A, .22 caliber pistol, S/N: DAA015061;
J. a Glock, Model 19, GEN5, 9mm pistol, S/N: BWSR695;
K. a HS Produkt, Hellcat, 9mm pistol, S/N: BE394095;
L. a Glock, Model 30, .45 caliber pistol, S/N: NMN563;
M. a Glock, Model 17, 9mm pistol, S/N: VDS049;
N. a Springfield Armory, Saint Edge, 5.56 caliber rifle, S/N: SE93710;
O. a RIA, VRF14, 12 gauge shotgun, S/N: 20-03838;
P. a Glock, Model 23, .40 caliber pistol, S/N: LKH068;
Q. a Chinese SKS, 7.62 caliber rifle, S/N: D2994;
R. an Unknown, .22 caliber rifle, S/N: AP226798;
S. an Unknown, 620 Huntmaster, 12 gauge shotgun, S/N: None;
T. an Unknown, Mac 5K, 9mm pistol, S/N: TG161-25AE04082;
U. a Palmetto State Armory, PA-15, multi-caliber pistol, S/N: SCB961947;
V. an Izhmash, Saiga, 7.62 caliber rifle, S/N: H09606221;
W. an I.O. Inc., AK47-C, 7.62 caliber rifle, S/N: 7068;
X. an Unknown, 7.62 caliber rifle, S/N: RON2316841;
Y. a DPMS INC., LR-308, .308 caliber rifle, S/N: 137985;
Z. a Springfield Armory, Saint, multi-caliber pistol, S/N: T230618;
AA. a Mossberg, Revelation, 12 gauge shotgun, S/N: H324929;
BB. a North America Arms, NAA22, .22 caliber revolver, S/N: SW0111;
CC. 6 Silencers from Unknown manufacturers;
DD. Ammunition; and,
EE. A forfeiture money judgment against each defendant in an amount equal to the amount of gross proceeds obtained or derived by that defendant.

RYAN A. KRIEGSHAUSER
United States Attorney

September 21 , 2026
DATE

/s/ Debra L. Barnett

DEBRA L. BARNETT
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
K.S.Ct.No. 12729
debra.barnett@usdoj.gov

# PENALTIES

**Count 1: 18 U.S.C. § 922**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 2: 18 U.S.C. § 1952**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1952(3)(A).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.