IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

OCT 1 3 2026

Clerk, U.S. District Court
By [signature] Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN LANE,,

Defendant.

Case No. 26-cr-10039-AJP

## WAIVER OF INDICTMENT

I, Justin Lane, the above named defendant, accused of one count of prohibited person in possession of a firearm, in violation of violation of 18 U.S.C. § 922g, and interstate use of facilities in interstate commerce to aid in a racketeering enterprise, in violation of 18 U.S.C. § 1952, and being advised of the nature of the above charges, the proposed information, and my rights, hereby waive in open court on this 13th day of October, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Justin Lane,
Defendant

[signature]
Mark T. Schoenhofer, 15781
Attorney for the Defendant

Before [signature]
Judicial Officer