IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JUSTIN LANE, and<br>SAUNTSYE D. LOVE,<br><br>Defendant. | Case No. 26-CR-10039-AJP |

**NOTICE OF ADMINISTRATIVE FORFEITURE**

COMES NOW the United States by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas and Aaron L. Smith, Assistant United States Attorney, and respectfully advises the Court that the firearms, ammunition, and silencers identified in the Indictment filed herein on February 24, 2026 (Doc. 1) have been administratively forfeited by Alcohol, Tobacco, Firearms and Explosives (ATF). Accordingly, no further judicial action related to forfeiture is required in this case.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6561
Fax: (316) 269-6484
Aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on November 6, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney